In the Matter of the Claim of FRANK TUCCI, Respondent, v. J. F. CAREY & Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ. [See 15 A D 2d 683.]